*Thursday, December 20, 2001*

## DISCIPLINARY DOCKET

**97–1739.   Lorain Cty. Bar Assn. v. Papcke.**
On February 18, 1998, this court suspended respondent, Mary E. Papcke, a.k.a. Mary Elizabeth Papcke, Attorney Registration No. 0010560, from the practice of law for eighteen months, with twelve months stayed on conditions, pursuant to Gov.Bar R. V(6)(B)(3). On March 31, 1998, this court entered an interim suspension against respondent pursuant to Gov.Bar R. V(5)(A)(4), in Supreme Court case No. 98–376, *In re Mary Papcke, a.k.a. Mary Elizabeth Papcke*. On February 23, 2000, this court in Supreme Court case No. 99–1888, *Disciplinary Counsel v. Mary E. Papcke, a.k.a., Mary Elizabeth Papcke*, dismissed Supreme Court case No. 98–376, ordered respondent to serve the remainder of her existing six-month, nonstayed suspension entered in Supreme Court case No. 97–1739, and indefinitely suspended respondent in case No. 99–1888, effective July 11, 2000, with credit for the interim suspension served from March 31, 1998, until February 23, 2000, in Supreme Court case No. 98–376. On February 2, 2001, respondent filed a petition for reinstatement in case No. 99–1888, and on August 29, 2001, the Board of Commissioners on Grievances and Discipline filed its final report recommending that respondent be reinstated to the practice of law. Upon consideration thereof,

IT IS ORDERED, *sua sponte*, that the suspension in case No. 97–1739 be, and hereby is, terminated.

*Friday, December 21, 2001*

## MOTION DOCKET

**00–1705.   Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of appellant city of Cincinnati for leave to provide citation of additional authority,

IT IS ORDERED by the court that the motion for leave to provide citation of additional authority be, and hereby is, granted, and appellant may file the citation of the additional authority within seven days of the date of this entry.

**01–333.   State v. Thompson.**
Ashtabula App. No. 99–A–0070. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of appellee's motion for continuance of oral argument scheduled for February 5, 2002,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.

**01–1518.   State v. Gapen.**
Montgomery C.P. No. 2000CR02945. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to February 19, 2002. No further extensions will be granted. The court reporter and the Common Pleas Court of Montgomery County must make the necessary accommodations to enable the transcript in this case to be filed no later than February 19, 2002.

**01–1624.   State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for leave to amend,

IT IS ORDERED by the court that the motion for leave to amend be, and hereby is, denied.